FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JASON DUANE GLYNN,<br><br>               Defendant. | CASE NO. 2:01-CR-0161-EFS<br><br>**ORDER DENYING WITH LEAVE TO RENEW DEFENDANT'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE** |

Defendant Jason Glynn filed a pro se Emergency Motion for Compassionate Release[1] due to COVID-19 and the related health concerns given that he is in Bureau of Prisons' custody at a BOP facility with several positive COVID-19 inmates and staff, along with seven inmate deaths due to COVID-19.[2] Defendant did not identify what legal authority he relies on, but the Court anticipates he seeks compassionate relief pursuant to 18 U.S.C. § 3582(c)(1). Before a prisoner may seek court relief under § 3582(c)(1), the prisoner must exhaust his administrative rights through the Bureau of Prisons. In his pro se motion, Defendant did not advise if he exhausted his administrative remedies. Accordingly,

---

[1] ECF No. 46.

[2] See https://www.bop.gov/coronavirus/ (last visisited April 22, 2020).

Order- 1

the Court denies Defendant's motion with leave to renew after his administrative remedies have been exhausted or waived.

If Defendant desires to file a new motion with this Court for compassionate release, Defendant is encouraged to seek the assistance of his previously appointed former counsel, Roger Peven (509-323-9000). In addition, Defendant is encouraged to provide the Court with the following information and *supporting documentation* if he files a subsequent motion for compassionate release: 1) Defendant's administrative request for sentence reduction submitted to the warden of the institution in which Defendant is housed and the action taken by the warden on such request; 2) Defendant's medical conditions and related medical needs and medications; 3) Defendant's projected release date, 4) Defendant's proposed release plans (Defendant is encouraged to discuss and develop his proposed release plan with his case manager if granted home confinement or a furlough); and 5) any other information to aid the Court in assessing whether compassionate relief is appropriate.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's Emergency Motion for Compassionate Release, **ECF No. 46**, is **DENIED with leave to renew**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant, all counsel (including Roger Peven), and the U.S. Probation Office.

**DATED** this __23rd__ day of April 2020.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
